1   Glenn Zuckerman
    **WEITZ & LUXENBERG, PC**
2   700 Broadway
    New York, New York 10003
3   Telephone: 212-558-5000
    Facsimile: 212-344-5461
4   Attorneys for Plaintiffs

5

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX                **Case No. : 06-6072 CRB**
    MARKETING SALES PRACTICES AND
13  PRODUCT LIABILITY LITIGATION              **MDL NO. 1699**
                                              **District Judge:  Charles R. Breyer**
14
    Chay Va Vue, et al.,
15
                          Plaintiffs
16                                            **STIPULATION AND ORDER OF**
                                              **DISMISSAL WITH PREJUDICE**
17  vs.

18  Pfizer Inc, et al.,

19                          Defendants.

20

21      Come now the Plaintiffs Chay Va Vue, Gloria McGhee, and Verdell Clark in the above-

22  entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal

23  Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with**

24  **prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees

25  and costs.

26

27

28
                                      -1-

    **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
    EAST\42585470.1

DATED: 10 - 25, 2009      By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2 , 2009      By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **NOV 1 3 2009**

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EASTW2585470.1