| | |
|---|---|
| Glenn Zuckerman<br>**WEITZ & LUXENBERG, PC**<br>700 Broadway<br>New York, New York 10003<br>Telephone: 212-558-5000<br>Facsimile: 212-344-5461<br>Attorneys for Plaintiffs | **FILED**<br><br>SEP 2 8 2010<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-6072 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Chay Va Vue, et al.,<br><br>Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff Rosslyn Diaz in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein

//
//
//
//
//

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

only with each side bearing its own attorneys' fees and costs.

DATED: 7-7, 2010    By: /s/

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Sept. 17, 2010    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9-28-2010

Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**